UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DREW TECHNOLOGIES, INC.,

                Plaintiff,

    v.                                Case No. 12-15622

ROBERT BOSCH, L.L.C., et al.,          HON. TERRENCE G. BERG
                                HON. MONA K. MAJZOUB

                Defendants.

_____/

## ORDER REQUIRING DEFENDANT TO COMPLY WITH LOCAL RULES 7.1(A) AND 83.20(F), STAYING EFFECT OF THE COURT'S ORDER PERMITTING ALTERNATIVE SERVICE, AND <u>SETTING A STATUS CONFERENCE</u>

On April 30, 2013, Defendant Robert Bosch, LLC filed a motion to vacate the Court's April 25, 2013 Order permitting alternative service (Dkt. 16) and a motion for accelerated resolution of the motion to vacate (Dkt. 17). As to both motions, Defendant Robert Bosch, LCC failed to comply with the Court's Local Rules 7.1(a) and 83.20(f). Local Rule 83.20(f) requires the specification of local counsel. Local Rule 7.1(a) requires seeking concurrence in motions. This Court's practice guidelines note that "[t]he Court requires strict compliance with Local Rule 7.1(a) regarding concurrence, and the Court will impose costs for failure to comply with the Local Rule."[1]

Rather than strike the motions or impose costs, the Court ORDERS the following:

(1) Defendant Robert Bosch, LLC shall immediately seek concurrence from Plaintiff in the motions, as Local Rule 7.1(a) requires, and both parties shall

---

[1] http://www.mied.uscourts.gov/Judges/guidelines/topic.cfm?topic_id=459.

confer and endeavour to seek resolution of the issue of effecting service on the two German Defendants;

(2) Defendant Robert Bosch, LLC shall file a notice, stipulated by both parties, describing its efforts to obtain concurrence, the particulars of the conference held with Plaintiff, and the positions taken by the parties. This stipulated notice must be filed no later than 3:00 p.m. EDT on Wednesday, May 8, 2013.

(3) Defendant Robert Bosch, LLC shall comply with Local Rule 83.20(f).

(4) The Court's Order permitting alternative service (Dkt. 14) is STAYED until further order of the Court; and

(5) The parties shall appear for a telephonic status conference set for 10:00 a.m. EDT on Thursday May 9, 2013, to discuss this matter and explain their positions.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:  May 3, 2013

### Certificate of Service

I hereby certify that this Order was electronically submitted on May 3, 2013, using the CM/ECF system, which will send notification to each party.

By:  s/A. Chubb
Case Manager
